IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANN SNODGRASS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-cv-10255 |
| | ) | |
| BERKLEE COLLEGE OF MUSIC, | ) | Judge Robert M. Dow, Jr. |
| MASSACHUSETTS INSTITUTE OF | ) | |
| TECHNOLOGY, and BOSTON | ) | |
| UNIVERSITY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff's motion for leave to appeal *in forma pauperis* [39] is denied.

## STATEMENT

Federal Rule of Appellate Procedure 24(a)(1) directs parties who wish to appeal *in forma pauperis* to file their motion in the district court in the first instance. To proceed *in forma pauperis* on appeal, the plaintiff must be indigent and the appeal must be taken "in good faith." See *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000).

The Court relies on the financial affidavit filed along with the *in forma pauperis* application to assess a party's claim to indigency. In order to proceed in a lawsuit *in forma pauperis* – that is, without paying the filing fee – "a plaintiff's income must be at or near the poverty level." *Bulls v. Marsh*, No. 89 C 3518, 1989 WL 51170, at *1 (N.D. Ill. May 5, 1989); see also *Zaun v. Dobbin*, 628 F.2d 990, 992 (7th Cir. 1980). To measure poverty level, many judges in this district use the poverty guidelines promulgated by the United States Department of Health and Human Services (available at http://aspe.hhs.gov/poverty/13poverty.cfm). The HHS poverty guidelines for 2013 for the 48 contiguous states and the District of Columbia set the poverty guideline for a family of one at an annual income level of $11,490.

In her *in forma pauperis* application and financial affidavit [39], Plaintiff states that she was employed from 1995 - 2012 by Berklee College and that she has been receiving unemployment payments of $653 per week until mid-June of this year. At $653 per week, Plaintiff received $33,956 in unemployment benefits in the year that ended six weeks ago. In addition, Plaintiff received $1,000 in gifts (as she put it, $500 (x2)) and $1,800 in arts or academic grants. Based on her representations, Plaintiff's income in the last year is more than

triple the HHS poverty guideline. Thus, because Plaintiff is not indigent her application for leave to appeal *in forma pauperis* [39] is respectfully denied.

Dated: August 9, 2013

_____
Robert M. Dow, Jr.
United States District Judge